UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HILLARY JEAN EVANS**                              CIVIL ACTION

**VERSUS**                                          NO. 08-703

**MARLIN GUSMAN, ET AL.**                           SECTION: "A"(3)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against Dr. Michael Higgans is allowed to proceed.

**IT IS FURTHER ORDERED** that plaintiff's claim against B. Pittman for the confiscation of the wedding ring is **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to assert that claim in state court.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims against Orleans Parish Criminal Sheriff Marlin Gusman, Warden A. Baptiste, and B. Pittman are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 23rd day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE