UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HILLARY JEAN EVANS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-703** |
| **MARLIN GUSMAN, ET AL.** | **SECTION: "A"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against Dr. Michael Higgans is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 24th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE